IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TROY DONNELL BROWN, SR.,

    Plaintiff,

v.                                       Civil Action No. **3:15CV389**

KENNETH PEARE,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on August 12, 2015, the Court conditionally docketed Plaintiff's action. On August 25, 2015, the United States Postal Service returned the August 12, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
James R. Spencer
Senior U. S. District Judge

Date: 9-17-15
Richmond, Virginia